## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:14-00061 |
| | ) | Judge Trauger |
| | ) | |
| SYDNEY WAYNE CRUTCHFIELD | ) | |

### O R D E R

It is hereby **ORDERED** that this case is set for a change of plea hearing on Tuesday, August 12, 2014, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 8th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge