UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:14-00061 |
| | ) | JUDGE TRAUGER |
| SYDNEY WAYNE CRUTCHFIELD | ) | |

## AGREED MOTION TO SET PLEA HERAING

Defendant Sydney Crutchfield respectfully requests that the Court set a plea hearing for Friday, October 31, 2014, at 2:30 p.m. AUSA Braden Boucek has stated he is in agreement with this request.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Sydney Wayne Crutchfield

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2014, I electronically filed the foregoing Agreed Motion to Set Plea Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Mr. Braden H. Boucek, Assistant United States Attorney, 110 9th Avenue South, Suite A961, Nashville, TN 37203.

s/ *Michael C. Holley*
MICHAEL C. HOLLEY